UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ISMAEL JIMENEZ,<br><br>        Defendant | Criminal No. 19-10466-LTS |

GOVERNMENT'S MOTION TO UNSEAL CASE

      The United States of America hereby moves this Court to direct that the above-referenced case be unsealed. In support of this motion, the government states its understanding that the defendant is in custody in the Dominican Republic pending deportation to the United States and will be arrested upon his arrival in the United States. There accordingly is no further reason to keep the indictment secret.

                                                                           Respectfully submitted,

                                                                           JOSHUA S. LEVY
                                                                           Acting United States Attorney

                                       By:    /s/ Robert E. Richardson
                                                           ROBERT E. RICHARDSON
                                                           Assistant U.S. Attorney

                                                           Date:  09/17/2024